# Exhibit A

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 440-2024-03781 |

**Illinois Department of Human Rights** and EEOC

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs., Mx.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| Mr. Keigan Thurman | | |

| Street Address | City, State and ZIP Code | Email Address |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code | Email Address |
|---|---|---|
| c/o Nathan C. Volheim, Sulaiman Law Group, 2500 S. Highland Ave., #200, Lombard, IL 60148 | | (employment@sulaimanlaw.com) |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| Baldovin Construction Company | 15+ | (309) 437-0201 |

| Street Address | City, State and ZIP Code | Email Address |
|---|---|---|
| 810 SW ADAMS ST | PEORIA, IL 61602 | michelina@baldovin.co |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | 15+ | |

| Street Address | City, State and ZIP Code | Email Address |
|---|---|---|
| | | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER *(Specify below.)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: Oct. 2023    Latest: 01/17/2023
☐ CONTINUING ACTION

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*):

I, Keigan Thurman (disabled), was hired at Baldovin Construction Company as a Laborer on or about January 11, 2023. I was employed in this capacity until I was unlawfully terminated on or about January 17, 2024, on the basis of my disability. In or around April 2023, I was promoted to Shop Manager due to good performance. Due to a July 4, 2023 fireworks accident, I became disabled after suffering the complete loss of my right (dominant) hand, a physical/mental impairment that substantially limits major life activities. Regardless of my disability, I was qualified to perform the essential functions of my job, with or without reasonable accommodation.

The following is a non-exhaustive list of the disability discrimination, disability harassment, and retaliation I was subjected to:

On July 4, 2023, I suffered the complete loss of my right (dominant) hand as a result of a fireworks accident. My employer permitted me to take 2-2.5 months of unpaid leave to recover. During this time, the company owner, Casey Baldovin, assured me that they would take care of me upon my return and assist me by supplying me with a forklift, materials handler, or assistant/helper. I returned to work in or around late August or early September. In or around October 2023, Mr. Baldovin began pressuring me to hurry up and get a prosthetic hand and constantly made comments like "it's bullshit we have to have another employee help you load materials or do things, it's not our fault you got hurt." Mr. Baldovin even stated that he shouldn't have to provide me with accommodations, such as a helper or special equipment, that would enable me to better perform my job duties. Thereafter, my employer downgraded my pay from a $45k annual salary to a $22 hourly rate.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

02 / 20 / 2024
*Date*

*Keigan Thurman*
*Charging Party Signature*

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(month, day, year)*

Doc ID: 3b99fc9aa78cc0000971504eb793156d77880fa5

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | |

**Illinois Department of Human Rights** and EEOC

*State or local Agency, if any*

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

On or about December 4, 2023, a new employee, Chelsea (LNU), was introduced to me as a Laborer who would be my helper. The following day, however, my manager, Matthew Partee, informed me that Chelsea would be taking over all tool inventory and the design of the new shop layout, duties which were previously mine. I contacted Mr. Baldovin, and despite ensuring my employer that I could perform my job duties with assistance or accommodation, my employer took away all of my job duties, including those that I was still able to perform, and snapped at me, stating "I don't have to explain anything to you. Everything is the same but you know you can't do your job right. It's not my fault you got hurt, I shouldn't have to give you a helper or buy stuff to help you do your job." Mr. Partee also instructed me not to direct Chelsea on what to do anymore and delegated most or all of my former job duties to Chelsea. It became clear that my job duties were taken away from me in retaliation for requesting reasonable accommodations. Although the employer purported to show a desire to help enable me to perform certain functions by providing me with a helper, this helper would then be scheduled to work in a different location at the planned times. Managers would then reprimand me for failing to perform the functions for which I needed the helper. Additionally, the helper refused to work with me or help me on several occasions. On one occasion, Chelsea couldn't lift something and asked Mr. Partee for assistance, instead of me, and they reprimanded me as a result.

On or about January 8, 2024, I was pulling a trailer. Despite having hooked it up properly, the trailer became unhooked. My employer sent two employees to assist me, and we re-hooked the trailer and returned to the shop. At that time, Mr. Partee informed me that, per Mr. Baldovin's instructions, I was to be sent home from work as punishment for the incident. As such, I was made to stay home from work for the rest of the week (January 9-12).

On or about Sunday, January 14, I messaged Mr. Partee inquiring about where I would be working the next day. He responded, instructing me to stay home on January 15 and 16 on account of the freezing temperatures. When I showed up to work on Wednesday, January 17, Mr. Partee informed me that he did not have any work for me to do and sent me home. He instructed me to contact him daily before coming in to work to inquire whether there was work for me. I did so every day for the next two weeks, with the response always being that I should not come in because there was no work for me.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 02 / 20 / 2024     *Keigan Thurman*<br><br>*Date*        *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |

<table>
<tr><td colspan="2"><h2>CHARGE OF DISCRIMINATION</h2>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.</td><td>Charge Presented To:<br>☐ FEPA<br>☒ EEOC</td><td>Agency(ies) Charge No(s):</td></tr>
</table>

**Illinois Department of Human Rights** and EEOC

*State or local Agency, if any*

---

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

On or about February 1, 2024, after not hearing anything from my employer for almost a month, I filed for and received unemployment benefits. My employer has since not contacted me about any available work and has effectively terminated my employment.

In sum, my employer failed to engage with me in an interactive process to determine the appropriate accommodation as required by the ADA, effectively denied my requests for reasonable accommodations, and ultimately terminated my employment on the basis of my disability and in retaliation for requesting reasonable accommodations. Thus, I have been discriminated against because of my disability and retaliated against in violation of the Americans with Disabilities Act, as amended and (775ILCS 5/) Illinois Human Rights Act.

---

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(month, day, year)*

| 02 / 20 / 2024 | *Keigan Thurman* |
|---|---|
| *Date* | *Charging Party Signature* |

Doc ID: 3b99fc9aa78cc0000971504eb793156d77880fa5

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

**1. FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

**2. AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

**3. PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

**4. ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

**5. WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging party and respondent and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, ADA, or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, and Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.